UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Jacqueline P. Cox

Hearing Date: May 2, 2013

Bankruptcy Case No.: 11 B 34297

Adversary No.:

Title of Case: George A. Sirack

Brief Statement of Motion: Motion for Relief from the Automatic Stay (docket #134)

Names and Addresses of moving counsel:

Representing:

## ORDER

**IT IS HEREBY ORDERED** that parties may file a response on or before May 30, 2013. Reply is due on or before June 4, 2013. Hearing is continued on June 6, 2013 at 10:00 a.m. (Final) in Courtroom 680, 219 S. Dearborn Street Chicago, IL 60604.

/s/ Jacqueline P. Cox
Jacqueline P. Cox
United States Bankruptcy Judge

6/11/99