**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **GEORGE SIRACK,** | ) | Case No. 11 B 34297 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on Thursday, March 9, 2017, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox at the Courtroom usually occupied by her, Room 680, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, and present the attached **Third and Final Application of Alan D. Lasko & Associates, P.C. for Allowance Compensation and Expenses**, at which time and place you may appear if you so desire.

                                        Ronald R. Peterson, not individually but as Chapter 7 Trustee for George Sirack

                                        By:    */s/ Ronald R. Peterson*
                                                   Ronald R. Peterson

Ronald R. Peterson (2188473)
Alexis N. Gabay (6199478)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois  60654
Telephone 312-923-2952

Dated: February 15, 2017

## <u>CERTIFICATE OF SERVICE</u>

I, Ronald R Peterson, an attorney, certify that on February 15, 2017, I caused a copy of the foregoing **Notice of Motion** and the **Third and Final Application of Alan D. Lasko & Associates, P.C. for Allowance of Compensation and Expenses** to be served upon the attached Service List by the Court's ECF filing system or by First Class U.S. Mail, as indicated.

By: ___ /s/ *Ronald R. Peterson* _____
Ronald R. Peterson

Dated: February 15, 2017

## SERVICE LIST

**Via ECF:**

- Andrew J Abrams     aabrams@boodlaw.com, bjabaay@boodlaw.com
- Francis X Buckley     fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
- Nada Djordjevic     ndjordjevic@boodlaw.com, bjabaay@boodlaw.com
- Frank J Kokoszka     fkokoszka@k-jlaw.com, admin@k-jlaw.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Jose G Moreno     nd-one@il.cslegal.com
- Clay Mosberg     cmosberg@fallaw.com,
  tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
- Ronald Peterson     rpeterson@jenner.com, lraiford@jenner.com
- Ronald R Peterson     rpeterson@jenner.com,
  rpeterson@ecf.epiqsystems.com;docketing@jenner.com
- Ronald R Peterson     rpeterson@jenner.com,
  rpeterson@ecf.epiqsystems.com;docketing@jenner.com
- David L Wisniewski     wlawpc@hotmail.com
- Stephen G Wolfe     steve.g.wolfe@usdoj.gov, jennifer.r.toth@usdoj.gov

**Via U.S. Mail :**

| | |
|---|---|
| George A. Sirack<br>1222 North Noble Avenue, Unit 3F<br>Chicago, IL 60642 | David Wisniewski<br>33 South Wolf Road<br>Prospect Heights, IL 60070 |
| Patrick Layng<br>United States Trustee<br>219 South Dearborn Street, Room 873<br>Chicago, IL 60604 | JPMorgan Chase Bank, National Association<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527 |
| American Home Mortgage Service Corp<br>Attn: Bankruptcy Department<br>P.O. Box 631730<br>Irving, TX 75063-1730 | Discover Financial Services LLC<br>P.O. Box 3025<br>New Albany, OH 43054 |
| Dream Sites, LLC<br>C/O Howard Berland, Registered Agent<br>820 Church Street, Suite 200<br>Evanston, IL 60202 | Glen Neuman<br>555 Skokie Boulevard, Suite 500<br>Northbrook, IL 60062 |

Inez Walker
1234 North Noble Avenue
Chicago, IL 60642

John A. Leja
Francis X. Buckley, Jr., Esq,
C/O Thompson, Coburn & Fagelhabe
55 E. Monroe St.
Chicago, IL 60603

Kornerstone Realty Group, Inc.
2827 South Briarwood Drive
Arlington Heights, IL 60005

Addison Court Condo Association
1329 West Addison, Box 1
Chicago, IL 60613

Kornerstone Realty Group, Inc.
2825 North Arlington Heights Road
Arlington Heights, IL 60004-2152

Harvey L. Kramer
Kramer Law LLC
1008 Cherokee Street
Denver, CO 80204

Mo2 Properties, LLC
1032 West Fulton Market, #300
Chicago, IL 60607

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Chase
P.O. Box 1093
Northridge, CA 91328

Chase
P.O. Box 15298
Wilmington, DE 19850

Contract Callers Inc
1058 Claussen Road, Suite 110
Augusta, GA 30907

D. Skorupka
1327 West Addison Street, Unit 2B
Chicago, IL 60614

Pinnacle Credit Servic
7900 Highway 7, #100
Saint Louis Park, MN 55426

Wells Fargo Bank, NA
1 Home Campus
X-2302-04C
Des Moines, IA 50328

TCF Bank and Savings Assn
801 Marquette Avenue
Minneapolis, MN 55402

Alan D. Lasko
Alan D. Lasko & Associates Pc
29 South LaSalle Street
Chicago, IL 60603

Wilmot Construction, Inc.
c/o Kokoszka & Janczur, P.C.
318 West Adams, Suite 1100
Chicago, Il 60606

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **George Sirack Bankruptcy Estate** | ) | **No. 11 B 34297** |
| | ) | |
| | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | **Hon. Jacqueline P. Cox** |

### THIRD AND FINAL APPLICATION
### OF ALAN D. LASKO & ASSOCIATES, P.C.
### FOR ALLOWANCE OF COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified Public Accountants, request third and final compensation of $3,141.50 and expenses of $19.25 for the time period from May 15, 2014 through August 16, 2016. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit pursuant to Bankruptcy Rule 2016.

### INTRODUCTION

This Court has jurisdiction over this Third and Final Fee Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

**<u>GENERAL</u>**

The Debtor filed a petition under Chapter 11 on or about August 22, 2011 and converted to a proceeding under Chapter 7 on November 25, 2011.  A Trustee was subsequently appointed.  On August 7, 2012, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee.  Reflected in this Fee Application is the Applicant's time for the preparation of the Debtor's 2014 and 2015 income tax returns.

**FEE APPLICATION**

The fees sought by this Third and Final Fee Application reflect an aggregate of 24.1 hours of ADLPC's time spent and recorded in performing services during the Third and Final Compensation Period.  This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC.  In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which third and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive.  No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

3

GEORGE SCHACK BAKERY TO ESTATE

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this Fee Application.

           Cost                 <u>$119.80</u>

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $ 284.00 | $ 56.80 |
| C. Wilson, Staff | 1.0 | 63.00 | 63.00 |
|  | 1.2 |  | $ 119.80 |

## TAX PREPARATION

The Applicant incurred 22.4 hours in the preparation of the Debtor's 2014 and 2015 income tax returns.

The work also included but was not limited to the following:

- Recapped Trustee's Form 2.
- Reviewed and prepared follow-up requests related to the management company reports that were received.
- Calculated gain/loss on sales of assets.
- Estimated time to prepare Estate's final information tax returns.

           Cost                 <u>$3,021.70</u>

4

A recap of compensation for this category is as follows:

| | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.8 | $ 288.00 | $ 230.40 |
| A. Lasko (Post 05/01/15) | 2.9 | 284.00 | 823.60 |
| A. Lasko (Post 05/01/15) | 1.8 | 280.00 | 504.00 |
| D. Konomidis, Tax Supervisor | 0.4 | 220.00 | 88.00 |
| K. Seyller, Senior (Post 05/01/16) | 0.3 | 160.00 | 48.00 |
| K. Seyller, Senior (Pre 05/01/16) | 0.1 | 148.00 | 14.80 |
| K. Seyller, Senior | 0.2 | 128.00 | 25.60 |
| B. Luo, Staff | 1.2 | 91.00 | 109.20 |
| B. Zhu, Staff (Post 05/01/15) | 0.5 | 87.00 | 43.50 |
| B. Zhu, Staff (Pre 05/01/15) | 10.2 | 81.00 | 826.20 |
| R. Berenguer, Staff | 0.3 | 81.00 | 24.30 |
| J. Shan, Staff | 3.4 | 78.00 | 265.20 |
| C. Wilson, Staff | 0.3 | 63.00 | 18.90 |
| | 22.4 | | $ 3,021.70 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its third and final fee period are as follows:

| Recap by Project | First Interim Application | Second Interim Application | Third and Final Application | Total |
|---|---|---|---|---|
| Billing | $ 117.60 | $ 117.60 | $ 119.80 | $ 355.00 |
| Tax Preparation | 5,421.90 | 8,057.20 | 3,021.70 | 16,500.80 |
| Net Request | $ 5,539.50 | $ 8,174.80 | $ 3,141.50 | $ 16,855.80 |

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 3.6 | $ 355.00 | $ 98.61 |
| Tax Preparation | 103.6 | 16,500.80 | $ 159.27 |
| | 107.2 | $ 16,855.80 | $ 157.24 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $288 | - | $300 |
| Manager/Director | 240 | - | 287 |
| Supervisors | 160 | - | 240 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| | First Interim Application | Second Interim Application | Third and Final Application | Total |
|---|---|---|---|---|
| Postage | $ 0.70 | $ 0.43 | $ 2.13 | $ 3.26 |
| Copy Costs | 23.20 | 13.70 | 11.60 | 48.50 |
| Delivery | 16.00 | 9.60 | 5.52 | 31.12 |
| | $ 39.90 | $ 23.73 | $ 19.25 | $ 82.88 |

The Applicant has received its First and Second Interim compensation as follows:

|  | Compensation | Expenses |
|---|---|---|
| 08/07/12-07/17/13 | $ 5,539.50 | $ 39.90 |
| 07/18/13-05/14/14 | 8,174.80 | 23.73 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest.  Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved.  ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.

(A)   the time spent on such services;

(B)   the rates charged for such services;

(C)   whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

7

    (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

    (E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Third and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate.   ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.  As shown by this Third and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort.  In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task.

Accordingly, approval of the third and final compensation sought herein for the Compensation Period is warranted.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested third and final compensation of $3,141.50 and expenses of $19.25 should be allowed for services by your Applicant for the period May 15, 2014 through August 16, 2016.

_____
Alan D. Lasko

Alan D. Lasko & Associates, P.C.
205 West Randolph Street
Suite 1150
Chicago, Illinois  60606
(312) 332-1302

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **George Sirack Bankruptcy Estate** | ) | **No. 11 B 34297** |
| | ) | |
| | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | **Hon. Jacqueline P. Cox** |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
            )      **SS.**
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.    I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Ronald R. Peterson, Chapter 7 Trustee in this case ("Trustee").

2.    I have read the Third and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.    Lasko has previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4.    The Applicant has received its First and Second Interim compensation as follows:

| | Compensation | | Expenses |
|---|---|---|---|
| 08/07/12-07/17/13 | $  5,539.50 | $ | 39.90 |
| 07/18/13-05/14/14 | 8,174.80 | | 23.73 |

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this ___9th___ day of January, 2017.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/10/20

11

**<u>EXHIBIT A</u>**

**<u>ORDER OF EMPLOYMENT</u>**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                     )       BK No.:   11-34297

GEORGE A. SIRACK,       )       Chapter:  7

                       )       Honorable Eugene R. Wedoff

        Debtor(s)     )

### ORDER GRANTING MOTION TO EMPLOY ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. AS TAX ACCOUNTANTS

THIS MATTER COMING TO BE HEARD upon the Trustee's Motion To Employ Alan D. Lasko and Alan D. Lasko & Associates, P.C. as Tax Accountants (the "Motion"); the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estates, and its creditors; (iv) the Trustee gave proper and adequate notice of the Motion and the hearing thereon and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of relief as set forth herein,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED in its entirety;

2. All objections to the Motion or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, are overruled and disallowed on the merits;

3. The Trustee is hereby authorized, pursuant to section 327 of the Bankruptcy Code to employ Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, P.C., as his tax accountants in each of the above-captioned cases, retroactive to the date of the Motion's filing.

4. Compensation of Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, P.C., for accounting services rendered and reimbursement of expenses incurred in connection with its representation of the Trustee shall be pursuant to applications to be submitted to and approved by this Court from time to time during the pendency of the above-captioned chapter 7 case, or pursuant to other orders of this Court.

5. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Enter:

_J. Cox / Jacqueline P. Cox_
United States Bankruptcy Judge

Dated: 8/7/12

Rev: 20120209_bko

Case 11-34297   Doc 110   Filed 08/07/12   Entered 08/08/12 12:06:59   Desc Main
Document      Page 2 of 2

Prepared by:
Ronald R. Peterson (2188473)
Jason N. Knapp (6295604)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
PH: 312-840-7812
FAX: 312-840-7895

Rev: 20120209_bko

**EXHIBIT B**

**PERSONNEL**

The following represents a description of the primary individuals in this engagement.

## Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 31 years. He brings his 41 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

## Denise C. Konomidis, CPA – Tax Supervisor

Ms. Konomidis has 16 years of experience performing tax preparation and tax planning in public accounting. She has worked for a large and small public accounting firm and tax planning firm over this period. She has worked with commercial and individual accounts of various sizes. She has an Undergraduate Degree in Accounting from the University of Illinois. She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

Karen Seyller, JD – Senior

Ms. Seyller has worked on various insolvency and litigation matters for three years.  She has also worked on numerous Chapter 11 and 7 matters, as well as Receivership-related work and civil litigation support work.  Prior to joining the Firm, Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons.  Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last five years.  Duties included the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company.  Ms. Seyller has a Bachelor's Degree in Accounting from Saint Xavier University.  She has completed her work at John Marshall Law School.


Bingjie (Robin) Luo – Staff

Ms. Luo is a staff accountant performing accounting and tax services.  Ms. Luo has a Bachelor of Management in Accountancy from the Southwestern University of Finance and Economics in Chengdu, China.  She also has a Master's Degree in Accounting from Loyola University in Chicago.  Ms. Luo has recently completed all four parts of the CPA examination.


Rafael D. Berenguer, CPA – Staff

Mr. Berenguer is a staff accountant performing accounting and tax services.  Mr. Berenguer has a Bachelor's and Master's Degree in Accounting from the University of Illinois at Chicago. Mr. Berenguer has recently completed the CPA examination.

<u>Bin Zhu – Staff</u>

Mr. Zhu is a staff accountant performing accounting and tax services.  Mr. Zhu has a Bachelor's and Master's Degree in Accounting from Missouri State University.  Mr. Zhu has completed the CPA examination.

<u>Jing (Jillian) Shan – Staff</u>

Ms. Shan is an intern staff accountant performing accounting and tax services.  Ms. Shan has her undergraduate degree in Accounting from Nantong University in Jiangsu China and is currently enrolled in the Masters of Accounting program at DePaul University.

<u>Jing (Jillian) Shan – Staff</u>

Ms. Shan is an intern staff accountant performing accounting and tax services.  Ms. Shan has her undergraduate degree in Accounting from Nantong University in Jiangsu China and is currently enrolled in the Masters of Accounting program at DePaul University.

**EXHIBIT C**

**STAFF LEVELS**

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level.  Supervisors have administrative and overview responsibility on a broader level than senior accountants.  Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level.  Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court.  In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

ASSISTANTS

Staff assistants usually execute basic assignments or tasks.  In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**EXHIBIT D**

**ACTUAL TIME FROM TIME SLIPS**

**EXHIBIT D-1**

**TAX PREPARATION**

5/27/2015
9 18 AM

Alan D Lasko & Associates, P C
Pre-bill Worksheet

Page    1

| Selection Criteria |
|---|

| Clie Selection | Include Sirack 002, Sirack 012 |
|---|---|

Nickname          Sirack 002 | 4092
Full Name         Estate of George A Sirack
Address           c/o Ronald R Peterson, Trustee
                  353 N Clark Street
                  Chicago IL 60654-3456

Phone 1                           Phone 2                    _2014_
Phone 3                           Phone 4
In Ref To         tax preparation
Fees Arrg         By billing value on each slip
Expense Arrg      By billing value on each slip
Tax Profile       Exempt
Last bill         5/14/2014
Last charge       5/26/2015
Last payment      11/21/2014          Amount      $8,080 93

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/15/2015 131757 | B Zhu 800 | 81 00 | 0 10 | 8 10 | Billable |
| | Analyzed Form 2 to prepare 1099-Misc, but no 1099's needed | | | | |
| 1/16/2015 132328 | K Seyller 800 | 128 00 | 0 20 | 25 60 | Billable |
| | Reviewed 1099 information received from Trustee's office | | | | |
| 2/12/2015 132818 | D Konomidis 800 | 220 00 | 0 10 | 22 00 | Billable |
| | meeting with Alan Lasko re Form 2 | | | | |
| 2/12/2015 132821 | D Konomidis 800 | 220 00 | 0 10 | 22 00 | Billable |
| | correspondence to trustee re 2014 Form 2 | | | | |
| 2/12/2015 132822 | D Konomidis 800 | 220 00 | 0 10 | 22 00 | Billable |
| | reviewed the 2014 Form 2 | | | | |
| 2/16/2015 132967 | A Lasko 800 | 280 00 | 0 70 | 196 00 | Billable |
| | review of data received from trustee's office and prepared follow up information and documenation requests to trustee's counsel for 2014 tax preparation | | | | |
| 4/15/2015 135501 | D Konomidis 800 | 220 00 | 0 10 | 22 00 | Billable |
| | reviewed 2014 extensions | | | | |

5/27/2015                                      Alan D Lasko & Associates, P C
9 18 AM                                          Pre-bill Worksheet                               Page    2

Sirack 002 Estate of George A.Sirack (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/15/2015<br>135558 | R Berenguer<br>800 | 81 00 | 0 30 | 24 30 | Billable |
| | Preparation of 2014 extension | | | | |
| 4/21/2015<br>135740 | A Lasko<br>800 | 280 00 | 0 40 | 112 00 | Billable |
| | review of file and prepared follow up reqeust to trustee's counsel regarding<br>sales in 2014 | | | | |
| 4/27/2015<br>135884 | A Lasko<br>800 | 280 00 | 0 70 | 196 00 | Billable |
| | review of file and court doucments in setting up income tax preparation for<br>the estate for 2014 | | | | |
| 4/28/2015<br>135907 | B Zhu<br>800 | 81 00 | 3 90 | 315 90 | Billable |
| | Preparation of work papers for tax return 2014 | | | | |
| 4/29/2015<br>135920 | B Zhu<br>800 | 81 00 | 5 40 | 437 40 | Billable |
| | Preparation of work papers and tax return for 2014 | | | | |
| 4/30/2015<br>135974 | B Zhu<br>800 | 81 00 | 0 80 | 64 80 | Billable |
| | Preparation of work papers for tax return 2014 | | | | |
| 5/1/2015<br>136004 | A Lasko<br>800 | 284 00 | 0 60 | 170 40 | Billable |
| | initial review of workpapers for 2014 | | | | |
| 5/21/2015<br>136424 | A Lasko<br>800 | 284 00 | 0 40 | 113 60 | Billable |
| | initial review of workpapers and prepared items to change for staff re, 2014<br>return work | | | | |
| 5/21/2015<br>136440 | B Zhu<br>800 | 87 00 | 0 50 | 43 50 | Billable |
| | Preparation of work papers for tax return 2014 | | | | |
| 5/22/2015<br>136462 | A Lasko<br>800 | 284 00 | 0 90 | 255 60 | Billable |
| | tax review of estate 2014 return for net operating loss calculations and<br>sale of property | | | | |
| 5/22/2015<br>136467 | A Lasko<br>800 | 284 00 | 0 20 | 56 80 | Billable |
| | prepared irs 60 day letter for 2014 | | | | |

5/27/2015
9 18 AM

Alan D  Lasko & Associates, P C
Pre-bill Worksheet

Page    3

Sirack 002 Estate of George A Sirack (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------|-------------:|---------------:|---------------:|-------|
| 5/22/2015 136468 | A  Lasko 800 | 284 00 | 0 40 | 113.60 | Billable |
| | sign off of fedeal and state tax returns and irs 60 day copy and letter for 2014 | | | | |
| TOTAL | Billable Fees | | 15 90 | | $2,221 60 |

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---------|--------------|---------------:|---------:|-------:|-------|
| 4/15/2015 135650 | C  Wilson 105 | 0 34 | 1 000 | 0 34 | Billable |
| | Postage, certified mail, return receipt requested for 2014 extension | | | | |
| 5/22/2015 136495 | C  Wilson 115 | 11 60 | 1.000 | 11 60 | Billable |
| | Photocopy costs for 2014 Forms 1041 income tax returns - 116 pages @ $ 10 per page | | | | |
| 5/26/2015 136500 | C  Wilson 116 | 5 52 | 1 000 | 5 52 | Billable |
| | Delivery of 2014 Forms 1041 income tax returns to Ronald Peterson - confirmation #935941 | | | | |
| TOTAL | Billable Costs | | | | $17 46 |

## Calculation of Fees and Costs

| | Amount | Total |
|---|-------:|------:|
| Fees Bill Arrangement  Slips By billing value on each slip | | |
| Total of billable time slips Total of Fees (Time Charges) | $2,221 60 | $2,221 60 |
| Costs Bill Arrangement  Slips By billing value on each slip | | |
| Total of billable expense slips Total of Costs (Expense Charges) | $17 46 | $17 46 |

5/27/2015                                      Alan D  Lasko & Associates, P C
9 18 AM                                          Pre-bill Worksheet                                    Page      4

Sirack 002 Estate of George A Sirack (continued)

|  | Amount | Total |
|---|---|---|
| Total new charges |  | $2,239 06 |
| Previous Balance |  |  |
| 120 Days | $8,080 93 |  |
| Total Previous Balance |  | $8,080 93 |

Accounts Receivables

| Date|ID | Type | Description | Amount | Total |
|---|---|---|---|---|
| 11/21/2014 16694 | PAY | Payment - thank you | ($8,080 93) |  |
| Total Accounts Receivable |  |  |  | ($8,080 93) |

| New Balance |  |  |
|---|---|---|
| Current | $2,239 06 |  |
| Total New Balance |  | $2,239 06 |

8/16/2016
11 05 AM                                    Pre-bill Worksheet                                    Page    1

---

Selection Criteria

| Clie.Selection | Include  Sirack 002, Sirack 012 |
|---|---|

---

Nickname        Sirack 002 | 4092
Full Name       Estate of George A Sirack
Address         c/o Ronald R  Peterson, Trustee
                353 N  Clark Street
                Chicago IL 60654-3456
Phone                           Fax
Home                            Other                    _2 01 5_
In Ref To       tax preparation
Fees Arrg       By billing value on each slip
Expense Arrg    By billing value on each slip
Tax Profile     Exempt
Last bill       2/2/2016
Last charge     8/15/2016
Last payment    11/21/2014        Amount      $8,080.93

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/12/2016 145173 | J  Shan 800 | 78 00 | 1 60 | 124 80 | Billable |
| | preparation of work papers for year end  tax return-2015 | | | | |
| 4/13/2016 145210 | J  Shan 800 | 78 00 | 1 80 | 140 40 | Billable |
| | preparation of year end tax return-2015 | | | | |
| 4/14/2016 145312 | K  Seyller 800 | 148 00 | 0 10 | 14 80 | Billable |
| | reviewed extension | | | | |
| 4/14/2016 145367 | C  Wilson 800 | 63 00 | 0 30 | 18 90 | Billable |
| | Prepared 2015 extension | | | | |
| 4/20/2016 145530 | A  Lasko 800 | 284 00 | 0 40 | 113 60 | Billable |
| | initial review of work papers and tax returns for 2015 | | | | |
| 8/14/2016 147639 | B  Luo 800 | 91 00 | 1 20 | 109 20 | Billable |
| | Estimated time for preparation of final information tax return and cover letter to trustee | | | | |

8/16/2016
11 05 AM                                    Pre-bill Worksheet                                   Page      2

Sirack 002 Estate of George A. Sirack (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|------|-----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 8/14/2016 | K. Seyller | 160 00 | 0 30 | 48 00 | Billable |
| 147640 | 800 | | | | |

Estimated time to review estate's final information tax return and cover
letter to trust사주

| 8/15/2016 | A  Lasko | 288 00 | 0 80 | 230 40 | Billable |
| 147638 | 800 | | | | |

final review of work papers and draft return    for 2015

| TOTAL | Billable Fees | | 6 50 | | $800 10 |

| Date | Timekeeper | Price | Quantity | Amount | Total |
|------|-----------|-------|----------|--------|-------|
| ID | Expense | Markup % | | | |
| 4/14/2016 | C  Wilson | 1.79 | 1 000 | 1 79 | Billable |
| 145387 | 105 | | | | |

Postage for 2015 extension - certified mail return receipt requested

| TOTAL | Billable Costs | | | | $1 79 |

---

### Calculation of Fees and Costs

| | Amount | Total |
|---|--------|-------|
| Fees Bill Arrangement  Slips | | |
| By billing value on each slip | | |
| Total of billable time slips | $800 10 | |
| Total of Fees (Time Charges) | | $800 10 |
| Costs Bill Arrangement· Slips | | |
| By billing value on each slip | | |
| Total of billable expense slips | $1 79 | |
| Total of Costs (Expense Charges) | | $1 79 |
| Total new charges | | $801 89 |

8/16/2016
11 05 AM                                    Pre-bill Worksheet                              Page      3

Sirack 002 Estate of George A Sirack (continued)

|  | Amount | Total |
|---|---|---|
| Previous Balance | | |
| 120 Days | $2,332 02 | |
| Total Previous Balance | | $2,332 02 |
| | | |
| Accounts Receivables | | |
| Date|ID      Type   Description | | |
| 2/2/2016  CRED  Credit | ($92 26) | |
| 18225 | | |
| Total Accounts Receivable | | ($92 26) |
| | | |
| New Balance | | |
| 120 Days | $2,239 76 | |
| Current | $801 89 | |
| | | |
| Total New Balance | | $3,041 65 |

Total Overdue.  $2,239 76

**EXHIBIT D-2**

**BILLING TIME**

5/27/2015
9 18 AM

Alan D  Lasko & Associates, P C
Pre-bill Worksheet

Page      5

| | | | | |
|---|---|---|---|---|
| Nickname | Sirack 012 | 4093 | | |
| Full Name | Estate of George A Sirack | | | |
| Address | c/o Ronald R  Peterson, Trustee | | | |
| | 353 N  Clark Street | | | |
| | Chicago IL 60654-3456 | | | |

| | | | |
|---|---|---|---|
| Phone 1 | | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | fee petition | | |
| Fees Arrg | By billing value on each slip | | |
| Expense Arrg | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | 5/14/2014 | | |
| Last charge | 5/27/2015 | | |
| Last payment | 11/21/2014 | Amount | $117 60 |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/27/2015 136506 | C  Wilson 800 | 63 00 | 1 00 | 63 00 | Billable |
| | Prepared fee petition | | | | |
| 5/27/2015 136519 | A  Lasko 800 | 284 00 | 0 20 | 56 80 | Billable |
| | Prepared fee  petition | | | | |
| TOTAL | Billable Fees | | 1 20 | | $119 80 |

Total of billable expense slips

$0 00

---

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips By billing value on each slip | | |
| Total of billable time slips | $119 80 | |
| Total of Fees (Time Charges) | | $119 80 |
| Total of Costs (Expense Charges) | | $0 00 |
| Total new charges | | $119 80 |
| Previous Balance 120 Days | $117 60 | |
| Total Previous Balance | | $117 60 |

5/27/2015                          Alan D  Lasko & Associates, P C
9 18 AM                               Pre-bill Worksheet                        Page      6

Sirack 012 Estate of George A Sirack (continued)

|  | Amount | Total |
|---|---|---|
| **Accounts Receivables** | | |
| Date\|ID     Type   Description | | |
| 11/21/2014 PAY   Payment - thank you | ($117 60) | |
|     16693 | | |
| Total Accounts Receivable | | ($117 60) |
| | | |
| **New Balance** | | |
| Current | $119 80 | |
| | | |
| Total New Balance | | $119 80 |